■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL WITT, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed. (See *People ex rel. Jenkins v Smith*, 58 AD2d 1033.) (Appeal from judgment of Cayuga Supreme Court—habeas corpus.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.